IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JACOB WILLIAMS,

    Plaintiff,

    v.                               CV 120-125

C.R. BARD, INC., BARD PERIPHERAL
VASCULAR, INC., and
MCKESSON CORPORATION,

    Defendants.

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal without prejudice for the complaint and causes of action against Defendant McKesson Corporation. (Doc. 40.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the claims against Defendant McKesson Corporation are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant McKesson Corporation as a party to this action. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA